IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUCAS DANIEL SCHMIDT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>H.H. HALL RESTAURANT OF YORK, INC.,<br><br>　　　　Defendant. | 8:21CV300<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the defendant's Unopposed Motion for Dismissal with Prejudice (Filing No. 19). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with no award for costs or attorneys' fees to either party.

Dated this 4th day of February, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge